Glenn H. Haese, Esq.
Haese, LLC
85 Devonshire Street, 6th Floor
Boston, MA 02109
(617)428-0266  fax: (617)428-0276

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marie F. Haese,<br><br>                    Plaintiff<br><br>v.<br><br>Bank of America et al.,<br><br>                    Defendants. | No. CV-10-00792-PHX-NVW<br><br>**JOINT PROPOSED DISCOVERY PLAN AND RULE 26(f) PLANNING MEETING REPORT** |

**1.** Pursuant to Fed. R. Civ. P. 26(f) and 16, a meeting was held by teleconference on August 3, 2010, and was attended by:

Glenn H. Haese        Counsel for Plaintiff:        Marie F. Haese

Coree E. Neumeyer     Counsel for Defendants:       Bank of America, N.A.;

                                                    BAC Home Loans Servicing LP

**2.     The parties have prepared the following statements of the case:**

Plaintiff's statement of case:

   Plaintiff, Marie Haese, is a 90-year old widow who presently resides at 5614 East Hartford Avenue, Scottsdale, Arizona 85294 (the "Property").  The Defendants intend to foreclose on Plaintiff's Property and are taking this action despite the fact that Bank of

America, N.A. and/or BAC Home Loans Servicing LP made specific promises and commitments to modify the mortgage of Plaintiff Marie Haese to a lower rate of interest and lower monthly payment, and collected a loan modification fee from Plaintiff Marie Haese in April of 2009, yet never modified the mortgage.  In so doing, Defendants have committed contractual breaches and statutory violations.

Plaintiff was advised specifically by the Firm of Bryan Cave at the time of the filing of the Complaint against BANA that the foreclosure sale had been cancelled, and not postponed.  BANA continues to utilize the pending threat of foreclosure to intimidate and harass Plaintiff.  Plaintiff continues to maintain that BANA or BACHLS is a bankrupt and/or insolvent enterprise that continues to conduct business unlawfully in the United States.

Defendants' statement of case:

Plaintiff Marie F. Haese obtained a loan from BANA in February 2003.  Plaintiff Haese failed to make regular mortgage payments and defaulted on her loan.  As a result of Plaintiff Haese's default, BACHLS referred her loan for foreclosure.  BACHLS worked with Plaintiff Haese on several occasions to explore possible workout options, including a loan modification and repayment plan.  Although BACHLS determined that Plaintiff Haese pre-qualified for a loan modification, the offer of modification was contingent on BACHLS' review of Plaintiff Haese's financial information and final approval.  Plaintiff Haese was ultimately not eligible for the loan modification she sought and the parties did not enter into a modification contract.  In lieu of a modification, BACHLS provided Plaintiff Haese with a repayment plan, which she

declined to accept. Plaintiff Haese remains in default and Defendants BANA and BACHLS may pursue non-judicial foreclosure in compliance with all statutory requirements. However, Defendants agreed to postpone the trustee's sale, as evidenced by the parties' stipulation filed with this Court on April 21, 2010 [Dkt. No 18], and will provide Plaintiff's counsel with thirty days notice in the event Defendants change their position on the postponement.

**3.  The parties have prepared the following description of the principal factual and legal disputes in the case:**

Plaintiff's description of factual and legal disputes:

a)  Marie F. Haese is entitled to a loan modification on her present residence at 5614 E. Hartford Ave., Scottsdale, Arizona.

b)  Bank of America, N.A. and/or BAC Home Loans Servicing LP agreed to and authorized the loan modification. Plaintiff paid, per the request of BANA, the loan modification fee.

c)  Defendants failed to timely implement the agreed-upon loan modification, in breach of their contractual and statutory obligations to Plaintiff.

Defendants' description of factual and legal disputes:

a)  Marie F. Haese is in default on her loan and Bank of America, N.A. and BAC Home Loans Servicing LP are entitled to foreclose.

b)  Bank of America, N.A. and BAC Home Loans Servicing LP were never obligated to modify Marie F. Haese's loan.

c)     There is no contract between Marie F. Haese and Defendants pertaining to a loan modification.

d)     Marie F. Haese cannot establish that Bank of America, N.A. and BAC Home Loans Servicing LP are in breach of any contract or that they violated any statutes.

e)     Marie F. Haese cannot state a claim upon which relief can be granted.

f)     Any damages Marie F. Haese might have incurred are a result of her own actions or inactions.

4.     The jurisdictional basis for the case is: Diversity jurisdiction pursuant to 28 U.S.C. §1332. Plaintiff Marie F. Haese is a citizen of Arizona. Defendant Bank of America, N.A. is a national banking association formed under the laws of the United States with its principal place of business in Charlotte, North Carolina. Defendant BAC Home Loans Servicing LP is a citizen of Nevada, North Carolina, and Texas. Federal question jurisdiction pursuant to 28 U.S.C. § 1331, based upon any remaining alleged violations of 15 U.S.C. § 1602 et seq., 15 U.S.C. § 1611 et seq., 15 U.S.C. § 1692 and 26 U.S.C. § 2605 et seq.

5.     All parties have been served, and have answered and appeared.

6.     No parties expect to add any additional parties to the case, unless settlement negotiations are not productive in the next thirty (30) days.

7.     The parties contemplate the following motions will be filed:

a)     Motion for Summary Judgment by Affidavit of Plaintiff, to decide issue of prior loan modification.

1  b)  Defendants contemplate a motion pursuant to ER 3.7 because Plaintiff's counsel is Plaintiff's son and was directly involved in negotiations with Defendants.

3  c)  Plaintiff intends to file an opposition to any motion under ER 3.7, because there are no grounds for preclusion.

5  d)  Defendants contemplate a Motion for Judgment on the Pleadings and/or a Motion for Summary Judgment on all claims.

7  8.  The parties agree that this case is not suitable for reference to a Magistrate Judge.

8  9.  There are no pending related cases.

9  10.  Plaintiff served its Rule 26(a)(1) Initial Disclosure Statement by first class mail on August 6, 2010.  Defendants served their Rule 26(a)(1) Initial Disclosure Statement by first class mail on August 4, 2010.

12  11.  The parties have conferred regarding necessary discovery to be taken, including:

13  a)  The exchange of written discovery between the parties, including the relevant files of Bank of America, N.A. and BAC Home Loans Servicing LP, and the taking of depositions of the parties;

16  b)  No changes are suggested to the discovery limitations imposed by the Federal Rules of Civil Procedure;  and

18  c)  The parties have agreed that depositions will be limited to four hours.

19  12.  The parties propose the following discovery deadlines:

20  2/28/11 – completion for fact discovery and Rule 26(a)(3) disclosures;

21  2/28/11 – completion of disclosures of expert testimony under Rule 26(a)(2)(C);

22  3/20/11 – completion of all expert depositions;

1        4/20/11 – deadline for filing dispositive motions; and

2        2/28/11 – deadline for parties to have engaged in good faith settlement talks.

3   13.    Plaintiff Marie F. Haese has requested a jury trial.

4   14.    The parties estimate the length of the trial will be four (4) days, unless additional

5   parties are added.

6   15.    The parties are presently engaged in settlement discussions.

7   16.    Additional matters:

8        Defendants have indicated that they are working to determine whether they are

9 able to provide a loan modification to Plaintiff.  Counsel for both parties anticipate that

10 the proposed schedule set forth above may need to be adjusted if Defendants are unable

11 to provide the necessary information and materials for a loan modification within the

12 discovery and settlement timetables proposed by the parties.

13        Plaintiff suggests that the date for the production of the e-discovery information as

14 listed below for each Defendant be at the time of the Scheduling Conference with the

15 Court on August 27, 2010 and that the following information be disclosed:

16   a)    Name of the internal e-mail technical coordinator for each of the Defendants;

17   b)    Name of the internal e-file retention coordinator for each Defendants, if different

18        from the e-mail technical coordinator;

19   c)    List of each relevant electronic system in place, including the name of any e-mail

20        systems and the software manufacturer utilized for the propagation of e-mail, the

21        name of any system utilized to store electronic file information on each type of

22        borrower file, if more than one, i.e., loan documentation systems utilized for the

1  borrower, foreclosure tracking system utilized as to the borrower's file, and/or any
2  REO tracking system.
3  d)  Where each system resides in terms of physical address for each of the
4  Defendants; and
5  e)  Information concerning the parties' e-mail retention procedures over the past 5
6  years.
7  Defendants and Plaintiff will then coordinate within the factual discovery period, the
8  production of e-mail and e-file information.

Respectfully submitted,

/s/ Glenn H. Haese
Glenn H. Haese
Haese LLC
85 Devonshire Street, 6th Floor
Boston, MA 02109
Phone: (617) 428-0266
Fax: (617) 428-0266
*Counsel for Plaintiff, Marie F. Haese*

/s/ Coree E. Neumeyer
Coree E. Neumeyer
Bryan Cave LLP
2 N. Central Ave, Ste 2200
Phoenix, AZ 85004-4406
602-364-7035
602-364-7070 (fax)
*Counsel for Defendants, Bank of America, N.A. and BAC Home Loans Servicing LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2010, a copy of the foregoing Report of Parties Planning Meeting Under Fed. R. Civ. P. 26(f) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Coree E. Neumeyer
Coree E. Neumeyer
Bryan Cave LLP
2 North Central Ave., Suite 2200
Phoenix, Arizona 85004
Phone: (602) 364-7000
Fax: (602) 364-7070
*Counsel for Defendants, Bank of America, N.A. and BAC Home Loans Servicing LP*